✓ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

1:52 pm, Jul 07 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

MWS/PR: 2020R0616

## AFFIDAVIT IN SUPPORT OF APPLICATIONS FOR CRIMINAL COMPLAINTS, ARREST WARRANTS, AND SEARCH WARRANTS

I, Special Agent Adam Cowan of the Department of the Treasury, being first duly sworn, state as follows:

### INTRODUCTION

1.　Based upon the facts set forth in this Affidavit, there is probable cause to believe that **RAISSA KAOSSELE, VICTOR OJO, JAMELIA THOMPSON,** and **DAMILOLA OJO** (collectively, the "**TARGETS**") have committed violations of 18 U.S.C § 1028A (Aggravated Identity Theft), and 18 U.S.C. § 1349 (Conspiracy to Commit Bank Fraud) (collectively, the **TARGET OFFENSES**). Evidence, fruits, and instrumentalities of the **TARGET OFFENSES** may be found:

    a. On the persons of the **TARGETS**, described as: **RAISSA KAOSSELE,** born in 2000 in the Central African Republic, a legal permanent resident of the United States ("US") and further identified in attachment A-1; **VICTOR OJO,** born in 1994 in Nigeria, a legal permanent resident of the US and further described in attachment A-2; **JAMELIA THOMPSON,** born in 1993 in Jamaica, a citizen of Jamaica and further identified in attachment A-3; and **DAMILOLA OJO**, born in 1992 in Nigeria, a naturalized US citizen and further identified in attachment A-4.

    b. In a residence located 3148 Elmora Ave, Baltimore, MD, hereinafter **"SUBJECT PREMISES 1**[1]**"**, further described in attachment A-5. For probable cause related to **SUBJECT PREMISES 1**, see paragraphs 17, 23, 24, 29, 31, and 44.

---

[1] This investigation has identified several fraudulent or fictitious entities associated with the criminal activity described in this affidavit. Bank records link many of these entities to **SUBJECT PREMISES 1.** This address is **RAISSA KAOSSELE's** residence, and the investigation shows that **KASSOLE** allowed her co-conspirators to use

c. In a residence located at 1509 Harford Square Drive, Edgewood, MD, hereinafter **"SUBJECT PREMISES 2"**, further described in attachment A-6. For probable cause related to **SUBJECT PREMISES 2**, see paragraph 46.

d. In a residence located at 39 Hemison, Court, Pikesville, MD, hereinafter **"SUBJECT PREMISES 3"**, further described in attachment A-7.[2] For probable cause related to **SUBJECT PREMISES 3**, see paragraphs 47 48.

e. In a 2012 Toyota Camry, bearing Maryland license plate 32928CH, hereinafter **"SUBJECT VEHICLE 1"**, further described in attachment A-8. For probable cause related to **SUBJECT VEHICLE 1**, see paragraphs 44-45.

f. In a 2017 Mercedes-Benz E300 Sedan, bearing Maryland license plate 1EM1660, hereinafter **"SUBJECT VEHICLE 2"**, further described in attachment A-9. For probable cause related to **SUBJECT VEHICLE 2**, see paragraph 46.

g. In a 2017 Hyundai Elantra Limited Sedan, bearing Maryland license plate 4EK6835 hereinafter **"SUBJECT VEHICLE 3"**, further described in attachment A-10. For probable cause related to **SUBJECT VEHICLE 3**, see paragraph 47.

h. In a 2018 Lexus RX 350, bearing Maryland license plate 2EZ4076 hereinafter **"SUBJECT VEHICLE 4"**, further described in attachment A-11. For probable cause related to **SUBJECT VEHICLE 4**, see paragraph 47.

---

her address to receive mail (including bank correspondence and fraudulently obtained bank cards) in furtherance of the scheme to defraud.

[2] **SUBJECT PREMISES 1, 2,** and **3** are hereinafter collectively referred to as the **SUBJECT PREMISES.**

    i.   In a 2019 Toyota Avalon XSE Sedan, bearing Maryland license plate 7EW0215, hereinafter **"SUBJECT VEHICLE 5"**, further described in attachment A-12.[3] For probable cause related to the **SUBJECT VEHICLE 5**, see paragraph 48.

2.      This Affidavit is made in support of applications for warrants to search the persons of the **TARGETS**, the **SUBJECT PREMISES**, and the **SUBJECT VEHICLES**, as well as in support of Criminal Complaints and Arrest Warrants for the **TARGETS**.

## AGENT BACKGROUND

3.      I am a Special Agent with the Department of the Treasury, Treasury Inspector General for Tax Administration ("TIGTA"), and have been so employed since August of 2019. As a TIGTA Special Agent, I am authorized to conduct criminal and other investigations arising under the laws of the United States and regulations administered by the Department of the Treasury and the Internal Revenue Service ("IRS"), to carry firearms, to execute and serve search and arrest warrants, to make arrests without warrant, to serve subpoenas and summonses, and to require and receive information relating to such laws and regulations. Prior to my employment with TIGTA, I was a Supervisory Marine Interdiction Agent with U.S. Customs and Border Protection ("CBP"), where I worked for 10 years. I am a graduate of the following basic Federal Law Enforcement Training Center ("FLETC") courses: the Criminal Investigator Training Program, the TIGTA Special Agent Basic Training Program, the CBP Air and Marine Operations Academy, and the U.S. Coast Guard Maritime Law Enforcement Academy. In addition, I have completed advanced law enforcement training at FLETC, CBP's Advanced Training Center, and CBP's National Marine Training Center. I have participated in numerous financial crimes investigations and have experience analyzing financial documents, interviewing

---

[3] **SUBJECT VEHICLES 1, 2, 3, 4** and **5** are hereinafter collectively referred to as the **SUBJECT VEHICLES.**

3

suspects and witnesses, conducting physical and electronic surveillance, serving search and arrest warrants, and collecting, preserving, and examining physical and electronic evidence.

4.      Through training and experience, I have become familiar with the manner in which various fraud schemes are conducted and the methods by which fraudsters collect, store and conceal the proceeds of their illegal activities. I am also familiar with the manner in which fraudsters use cellular telephones, encrypted cellular telephone applications (e.g. WhatsApp), slang filled communications, and other means to facilitate their illegal activities and thwart law enforcement investigations.

5.      Based on my knowledge, training, and experience, I know that individuals who create and use fictitious or fraudulent documents will often keep evidence of their illegal activities in close proximity—usually at their personal residence, in their personal vehicles, or in other private areas (in order to hide such items from law enforcement authorities). This evidence may include "tools of the trade" used to commit fraud (e.g. counterfeit identification documents or stolen identity information), bank records or other documents directly related to the illegal activity, the proceeds of the illegal activity (in the form of cash, money orders, cashier's checks, or cryptocurrency), or electronic communications (stored on phones, tablets, computers, or other electronic devices) discussing details of the scheme with co-conspirators.

6.      I also know that individuals involved in fraud schemes often maintain and possess documents—in electronic form or otherwise—that contain evidence of the use or possession of the personal identifying information of other individuals—including, financial and banking records, tax records, employment and payroll records, medical records and other documents in their homes. These records may be maintained over an extended period, including time periods long after any particular transaction is completed.

4

7.     I have personally participated in this investigation and have witnessed many of the facts and circumstances described herein. The information set forth in this Affidavit is based on my own observations and review of documents, witness statements, or reliable information provided to me by other law enforcement personnel. I am setting forth only those facts and circumstances necessary to establish probable cause that the violations set forth below have occurred and are occurring. Unless otherwise indicated, all written and oral statements referred to herein are set forth in substance and in part, rather than verbatim.

## PROBABLE CAUSE

8.     The investigation shows that **RAISSA KAOSSELE, VICTOR OJO, JAMELIA THOMPSON, DAMILOLA OJO,** and others, conspired to commit Bank Fraud utilizing the IRS's Modernized Internet Employer Identification Number ("Mod IEIN") system. Mod IEIN is the IRS system that allows users to register for a unique Employer Identification Number ("EIN"), and requires users to enter the valid name and Social Security number of a real living person in order to obtain an EIN for a business. These transactions are processed at IRS Enterprise Computing Centers located in West Virginia and Tennessee, making each of these transactions an interstate wire communication.

9.     The co-conspirators created (or caused to be created) various EINs in furtherance of a scheme to defraud. The investigation shows that many of these EIN's were obtained from the IRS using stolen Personally Identifiable Information ("PII"). These EINs, in conjunction with fraudulently obtained state business certificates, allowed the co-conspirators to open bank accounts at various financial institutions for the purpose of depositing stolen and/or altered checks or for receiving fraudulently obtained wire transfers. TIGTA has verified that many of

these wire transfers were the result of Business Email Compromises ("BECs"[4]). The proceeds of this fraudulent activity were rapidly withdrawn and/or transferred to other bank accounts controlled by the co-conspirators.

## CO-CONSPIRATOR 1

10. The investigation shows that the co-conspirators exchanged emails containing stolen and/or synthetic identity information[5] and "work kits" in furtherance of the scheme to defraud. These work kits typically included fraudulently obtained EIN documents, state business certificates, state articles of organization, and fictitious utility bills (which the co-conspirators presented at banks as proof of address).

11. TIGTA has identified lovelywoman221(at)gmail.com (a Google account controlled by CO-CONSPIRATOR 1) as the source of many of the work kits utilized throughout the conspiracy. During a search of Google account lovelywoman221(at)gmail.com pursuant to a federal search warrant (1:21-mj-1087 TMD) authorized by the Honorable Thomas M. DiGirolamo, United States Magistrate Judge on April 9, 2021, TIGTA Special Agents located numerous emails containing synthetic identity information and work kits. Many of these emails were sent to electronic accounts linked to the **DAMILOLA OJO** and **JAMELIA THOMPSON.**

## FRAUDULENT ACCOUNTS & TRANSACTIONS

### A. Mayorkun Construction LLC

---

[4] The Financial Crimes Enforcement Network (FinCEN) defines Email Compromise Fraud as schemes "in which criminals compromise the email accounts of victims to send fraudulent payment instructions to financial institutions or other business associates in order to misappropriate funds or value..." The BEC is a subset of this activity that specifically targets businesses.

[5] Lexis Nexis defines a Synthetic Identity as "… a combination of fabricated credentials where the implied identity is not associated with a real person." This type of fraud combines potentially valid personally identifiable information ("PII") in combinations that do not match with a real person.

12.     During a search of Yahoo account ojomayowa93(at)yahoo.com, pursuant to a federal search warrant (Case No. 1:20-mj-2993 TMD) authorized by the Honorable Thomas M. DiGirolamo, United States Magistrate Judge on November 25, 2020, your affiant learned that on April 18, 2016, **DAMILOLA OJO** sent **VICTOR OJO** an email with the subject line "FW EIN". Attached to this email is an IRS form SS-4 assigning EIN 81-2277596 to suspect business Mayorkun Construction.

13.     On April 19, 2016, **VICTOR OJO** opened BB&T business account xxxxxxxx98784 in the name of Mayorkun Construction LLC (EIN: 81-2277596) at a location in Maryland. **VICTOR OJO** provided his valid Maryland provisional driver's license as proof of identity when he opened this account. On April 26, 2016, check number 11031812 (in the amount of $199,917.82) was presented for deposit into account xxxxxxxx98784. Check number 11031812 listed AIG Federal Savings Bank as payer and listed Mayorkun Construction LLC as payee. I interviewed a representative from AIG Federal Savings Bank and learned that check number 11031812 was a genuine check with an altered payee and signature. The intended payee never received check number 11031812.

14.     During a search of **VICTOR OJO's** iCloud account associated with Apple ID ojomayowa93(at)yahoo.com, pursuant to a federal search warrant (1:20-mj-2994 TMD) authorized by the Honorable Thomas M. DiGirolamo, United States Magistrate Judge on November 25, 2020, I located evidence linking him to this fraudulent transaction, including the below image of check number 11031812:

15.     On May 25, 2016, SunTrust bank account number xxxxxxxxx6427 was opened in the name of Mayorkun Construction (EIN: 81-2277596).  On June 16, 2016, Santander Bank check number 171 ($222,000) was deposited into account xxxxxxxxx6427.  Check number 171 listed N.M. as payer and Mayorkun Construction as payee.  This check was returned on June 21, 2016, as an altered/fictitious item.

16.     During my search of **VICTOR OJO's** iCloud account, I located evidence linking him to this fraudulent transaction as well, including an image of SunTrust Bank's Online Cash Manager reflecting a balance of $222,000 in **VICTOR OJO's** SunTrust account number xxxxxxxxx6427 as of June 17, 2016.

8

**B. Sun Trust Account Number xxxxxxxxx0449**

17.     On April 9, 2018, **RAISSA KAOSSELE** opened SunTrust Bank account number xxxxxxxxx0449. **KAOSSELE** presented her valid Maryland identification card as proof of her identity when she opened this account. The address associated with account number xxxxxxxxx0449 is **SUBJECT PREMISES 1**. My review of records associated with this account identified numerous transactions that were conducted in Baltimore, MD.

18.     On November 14, 2018, account number xxxxxxxxx0449 received a wire transfer in the amount of $45,183.77. On December 3, 2018, account number xxxxxxxxx0449 received a wire transfer in the amount $24,119.16. Sun Trust records identify the originator of these wire transfers as Business Victim 1 and the intended beneficiary as Business Victim 2. In my training and experience, this type of "mismatched beneficiary information" (where funds are wired to a bank account that is not actually associated with the intended beneficiary) is typically an indicator of BEC fraud. In addition, a review of Sun Trust records revealed that both of these wire transfers were later identified as fraudulent.

19.     On November 15, 2018 (the day after the first fraudulent wire transfer described above), funds from account number xxxxxxxxx0449 were accessed and withdrawn via Zelle transfers, account transfers, and over-the-counter withdrawals. One of these over-the- counter withdrawals funded the purchase of SunTrust Official Check number 5300326021 (in the amount of $13,835). Official Check number 5300326021 was purchased by **KAOSSELE** and made payable to **VICTOR OJO**.

20.     During   a   search   of   **RAISSA   KAOSSELE's**   Gmail   account, raissakaossele14(at)gmail.com, searched pursuant to a federal search warrant (1:21-mj-1087 TMD) authorized by the Honorable Thomas M. DiGirolamo, United States Magistrate Judge on

9

April 9, 2021, I located numerous images verifying her ownership of Sun Trust account number xxxxxxxxx0449 and linking her to the fraudulent transactions described above. Several images from **RAISSA KAOSSELE's** Gmail account follow.

    a. A screenshot showing account number xxxxxxxxx0449 and the routing number for Sun Trust Bank:



b. A screenshot reflecting a $24,119.16 hold (the exact amount of the fraudulent December 3, 2018 wire transfer) on account number 0449:

c. An image of a letter, purportedly from K.S., regarding a $24,119.16 wire transfer

   for the benefit of **RAISSA KAOSSELE**:



To whom it may concern,

It is with great concern and regret we received notice that there may have been an error on my end that the naming for my client was spelled wrong on a wire that I sent out for $24,119.16 on 12/2/18. The correct spelling of my client name is Raissa Kaossele.

I would like to personally apologize again for your inconvenience. We accept full responsibility for the mistake and I assure you we are taking the necessary steps to prevent it from happening in the future. Thank you for bringing this matter to our attention.

We value our customers and ask you to please feel free to continue to provide feedback about our services.

Sincerely,



K      S

    d. Two images of a Payment Detail Report regarding the fraudulent $24,119.16 wire transfer.

        i. The first image shows the originator of this wire transfer as Business Victim 1 and the intended beneficiary as Business Victim 2 (matching the information obtained from Sun Trust Bank records):



        ii. The second image (which appears to be printed and possibly altered) shows the originator of this wire transfer as Business Victim 1 and the intended beneficiary as **RAISSA KAOSSELE**:



13

21.     In addition, during a search of **DAMILOLA OJO's** Gmail account, odamilola7846(at)gmail.com, pursuant to a federal search warrant (1:22-mj-00885-JMC) authorized by the Honorable J. Mark Coulson on March 22, 2022, I located an image of a similar payment detail report regarding the fraudulent $45,183.77 wire transfer made to **RAISSA KAOSSELE's** Sun Trust account (number xxxxxxxxx0449) on November 14, 2018.

### C. Melo Jalloh

22.     On February 5, 2019, victim H.B.'s name and Social Security number were used to log into Mod IEIN and assign EIN 83-3435777 to suspect business VINS Investments LLC from an IP address in Los Angeles, CA.

23.     On February 5, 2019, CO-CONSPIRATOR 1 sent milogetlove(at)gmail.com (a Google account linked to **DAMILOLA OJO**) a work kit for suspect business VINS Investments LLC (EIN: 83-3435777) and MELO MELVIN JALLOH of **SUBJECT PREMISES 1.** Later that day **DAMILOLA OJO** sent three emails[6] to staples(at)printme.com with the subject lines "Work". Attached to these emails were:

   a. The EIN document for suspect business VINS Investments LLC (addressed to "MELO MELVIN JALLOH" of **SUBJECT PREMISES 1**);

   b. Maryland Articles of Organization for VINS Investments LLC (resident agent "MELO MELVIN JALLOH" of **SUBJECT PREMISES 1**); and

   c. A forged Xfinity cable bill addressed to "MELO MELVIN JALLOH" of **SUBJECT PREMISES 1**).

---

[6] Located during a search of Yahoo account damilolaojo848(at)yahoo.com, pursuant to a federal search warrant (1:21-mj-1088 TMD) authorized by the Honorable Thomas M. DiGirolamo, United States Magistrate Judge on April 9, 2021.

24. On February 11, 2019, someone claiming to be MELO MELVIN JALLOH (but believed to be **DAMILOLA OJO**) opened checking account number xxxxxx0593 at a TD Bank location in Maryland. Account number xxxxxx0593 appears to be funnel account[7] used to launder the proceeds of this fraud scheme. The address associated with account number xxxxxx0593 is **SUBJECT PREMISES 1**.

25. The individual who opened account number xxxxxx0593 provided a Sierra Leone driver's license (bearing number E739104) as proof of identity. This same Sierra Leone driver's license (bearing an actual image of **DAMILOLA OJO**) was located during a search of **DAMILOLA OJO's** Gmail account.

26. On April 19, 2019, two $15,000 Bank of America Cashier's Checks were deposited into account number xxxxxx0593. Both of these checks were purchased by suspect business DAV Amazing, LLC (referenced in paragraphs 27-32) and made payable to "MELO JALLOH". In addition, account number xxxxxx0593 conducted numerous electronic transactions with **DAMILOLA OJO** and **JAMELIA THOMPSON**. TD Bank closed account number xxxxxx0593 on July 1, 2019.

### D. DAV Amazing LLC

27. On March 18, 2019, victim T.F.'s name and Social Security number were used to log into Mod IEIN and assign EIN 83-3997983 to suspect business DAV Amazing LLC from an IP address in Chicago, Illinois. Later that day, CO-CONSPIRATOR 1 sent jajehkafa(at)yahoo.com (a Yahoo account linked to **JAMELIA THOMPSON**) a work kit for suspect business DAV Amazing LLC (EIN: 83-3997983) and R.D.

---

[7] FinCEN defines a Funnel Account as "An individual or business account in one geographic area that receives multiple cash deposits, often in amounts below the cash reporting threshold, and from which the funds are withdrawn in a different geographic area with little time elapsing between the deposits and withdrawals.

28.      On March 19, 2019, jajehkafa(at)yahoo.com sent milogetlove(at)gmail.com (a Google account linked to **DAMILOLA OJO**) an email[8] containing R.D.'s name, date of birth, and Social Security number.

29.      On March 20, 2019, someone claiming to be R.D. (but believed to be **JAMELIA THOMPSON**) opened account number xxxxxxxx5955 for DAV Amazing LLC (EIN 83-3997983) at a Bank of America location in Maryland. One of the addresses associated with this account is **SUBJECT PREMISES 1**. Bank of America surveillance captured images of an individual, later identified as **JAMELIA THOMPSON**, conducting transactions with account number xxxxxxxx5955 on multiple occasions.

30.      On April 29, 2019, account number xxxxxxxx5955 received an Automated Clearing House ("ACH") credit of $103,362.10 from Business Victim 3. Following this deposit, funds were rapidly depleted from the account via ATM withdrawals and the purchase of several Cashier's Checks made payable to **JAMELIA THOMPSON**, "MEOL (sic) JALLOH", P.A. (referenced in paragraphs 33-38), and others. On May 2, 2019, Bank of America reversed the $103,362.10 ACH credit from Business Victim 3. Bank of America subsequently closed account number xxxxxxxx5955 with a negative balance.

31.      During the search of **DAMILOLA OJO's** Gmail account, I located evidence linking **DAMILOLA OJO** to suspect business DAV Amazing LLC and the fraudulent activity described above. This evidence includes a handwritten note (shown below) with the EIN for DAV Amazing LLC (83-3997983) and the address 3148 Elmora (**SUBJECT PREMISES 1**):

---

[8] Located during a search of Yahoo account jajehkafa(at)yahoo.com, pursuant to a federal search warrant (1:21-mj-1088 TMD) authorized by the Honorable Thomas M. DiGirolamo, United States Magistrate Judge on April 9, 2021.

018

Tues - 96 - 11 Am
At Bank

Ce708965
83-3997983

3148 elmone
78'              B   M1   215

32.     In addition, during a review of **JAMELIA THOMPSON's** iCloud account[9],
TIGTA Special Agents located images linking her to suspect business DAV Amazing LLC and
the fraudulent activity described above including:

    a.  An image of a counterfeit Washington State driver's license in the name of R.D.

        but bearing an actual image of **JAMELIA THOMPSON**.



[9] Located during a search of Apple ID blessthompson(at)icloud.com, pursuant to a federal search warrant (1:22-mj-00886-JMC) authorized by the Honorable J. Mark Coulson, United States Magistrate Judge on March 22, 2022.

    b. An image of a counterfeit Social Security card in R.D.'s name.

## E. TRIC Investments LLC

33.    On April 16, 2019, victim T.F.'s name and Social Security number were used to log into Mod IEIN and assign EIN 83-4427878 to suspect business TRIC Investments LLC from an IP address in Chicago, IL. Later that day, CO-CONSPIRATOR 1 sent jajehkafa(at)yahoo.com (a Yahoo account linked to **JAMELIA THOMPSON)** a work kit for suspect business TRIC Investments LLC (EIN 83-4427878) and an email containing P.A.'s name and Social Security number[10].

34.    On April 18, 2019, jajehkafa(at)yahoo.com sent milogetlove(at)gmail.com (a Google account linked to **DAMILOLA OJO**) a work kit for suspect business TRIC Investments LLC.

35.    On April 23, 2019, someone claiming to be P.A. opened account number xxxxxxxxx9259 for TRIC Investments LLC at a BB&T location in Baltimore, MD. The individual who opened this account provided a Missouri driver's license in the name of P.A. as proof of identity. P.A. is believed to be a synthetic identity, as the Missouri driver's license contains an actual photograph of **JAMELIA THOMPSON**. On April 25, 2019, account number xxxxxxxxx9259 received a $38,441.66 wire transfer from UMB Bank. UMB Bank and BB&T later determined that this wire transfer was the result of fraud and the wire transfer was reversed on May 15, 2019.

36.    On April 24, 2019, SunTrust Bank account number xxxxxxxx45212 was opened in the name of TRIC Investments LLC. On April 30, 2019, account number xxxxxxxx45212

---

[10] Located during a search of Google account lovelywoman221(at)gmail.com, pursuant to a federal search warrant (1:21-mj-1087 TMD) authorized by the Honorable Thomas M. DiGirolamo, United States Magistrate Judge on April 9, 2021.

received a $54,068.57 wire transfer. A review of Sun Trust records revealed that this wire transfer was later identified as fraudulent and that the intended beneficiary never received the funds.

37. On May 1, 2019, $50,000.00 was withdrawn from account number xxxxxxxx45212. A review of the withdrawal ticket for this transaction revealed that it was conducted by someone claiming to be P.A. (but believed to be **JAMELIA THOMPSON**). This withdrawal funded the purchase of two SunTrust Official Checks (5300759293 and 5300759298). These checks (each in the amount of $25,000) were purchased by TRIC Investments LLC and made payable to **VICTOR OJO**. Both of these checks were deposited into **VICTOR OJO's** State Employees Credit Union account later that same day. I obtained check number 5300759293 and check number 5300759298 from State Employees Credit Union and submitted them for latent print analysis. This examination located **JAMELIA THOMPSON's** fingerprint on check number 5300759293.

38. In addition, during my search of **VICTOR OJO's** iCloud account, I located an image of an envelope containing a large amount of cash and a $25,000 Sun Trust Official Check purchased by TRIC Investments LLC and made payable to **VICTOR OJO.**

### F. AWIS Investments LLC

39. On April 16, 2019, someone used victim M.F.'s name and Social Security number to log into Mod IEIN and assign EIN 83-4428385 to suspect business AWIS Investments LLC from an IP address in Atlanta, GA. Later that day, CO-CONSPIRATOR 1 sent jajehkafa(at)yahoo.com (a Yahoo account linked to **JAMELIA THOMPSON**) a work kit for RICHARD OBIZ and suspect business AWIS Investments LLC (EIN 83-4428385).

Jajehkafa(at)yahoo.com subsequently forwarded this work kit to richardobiz(at)yahoo.com (an email account linked to **VICTOR OJO**).

40.    On April 19, 2019, an individual claiming to be RICHARD OBIZ opened account number xxxxxxxxx7592 for AWIS Investments LLC (EIN: 83-4428385) at a BB&T location in Bel Air, Maryland. The individual who opened this account provided a Colorado driver's license in the name of RICHARD OBIZ as proof of identity. RICHARD OBIZ is believed to be a synthetic identity, as the Colorado driver's license contains an actual photograph of **VICTOR OJO.** A review of Colorado Division of Motor Vehicles records found no information for RICHARD OBIZ or the Colorado driver's license in OBIZ's name which was presented at BB&T.

41.    On May 7, 2019, account number xxxxxxxxx7592 received a $54,700 deposit from Business Victim 4. I interviewed a representative of Business Victim 4 and reviewed relevant business records. This interview revealed that the $54,700 deposit to account number xxxxxxxxx7592 was the result of a BEC. Records obtained from Business Victim 4 revealed that someone compromised the e-mail account of one of Business Victim 4's employees and submitted a fraudulent invoice seeking payment for AWIS Investments LLC.

42.    On May 1, 2019, an individual claiming to be RICHARD OBIZ (but believed to be **VICTOR OJO**) opened account number xxxxxx7197 for AWIS Investments LLC at Wells Fargo's Belair Road location in Bel Air, Maryland. On May 10, 2019, account number xxxxxx7197 received three wire transfers totaling approximately $650,000. Each of these wire transfers contained mismatched beneficiary information. In my training and experience, mismatched beneficiary information is typically an indicator of fraudulent activity and suggests that the funds were not actually intended for the recipient account. Wells Fargo's records

indicate that one of these wire transfers, in the amount of $450,000, was reversed on May 14, 2019.

43.    During a search of **VICTOR OJO's** iCloud account, I located evidence linking him to the fraudulent transactions described above, including the following:

   a. A screenshot of BB&T.com with AWIS Investments LLC logged into account number 7592.

   b. A note containing the name RICHARD OBIZ along with a date of birth, a Social Security number, the email address richardobiz(at)yahoo.com, the names of two banks (BB&T and TD), and an apparent username and password (presumably for online banking applications).

### SUBJECT PREMISES & VEHICLES

### A. RAISSA KAOSSELE

44.    On July 1, 2022, TIGTA Special Agents (conducting physical surveillance at **SUBJECT PREMISES 1**) observed **KAOSSELE** entering **SUBJECT VEHICLE 1** with S.D. and departing the area at approximately 6:30 am. A review of public records revealed that S.D. (who was previously identified as a close personal associate of **KASSOLE**) resides at **SUBJECT PREMISES 1**. In addition, real time location data[11] for a phone owned by **KAOSSELE** consistently places the device in the vicinity of **SUBJECT PREMISES 1** in the late evening/ early morning hours (as of the preparation of this Affidavit).

45.    TIGTA Special Agents have observed **KAOSSELE** in **SUBJECT VEHICLE 1** with S.D. on multiple occasions. A review of Maryland Motor Vehicle Administration (MVA)

---

[11] Real time location data obtained pursuant to a federal search warrant (22-2000 BPG) authorized by the Honorable Beth P. Gesner, United States Magistrate Judge on July 1, 2022.

records identified S.D. as the registered owner of **SUBJECT VEHICLE 1**. The review of MVA records did not reveal any vehicles registered to **KAOSSELE.** Based on these observations, TIGTA suspects that **SUBJECT VEHICLE 1** is **KAOSSELE's** primary means of transportation.

### B. VICTOR OJO

46. On July 4, 2022, a review of Maryland State Department of Assessments and Taxation (SDAT) records identified **VICTOR OJO** as the owner of **SUBJECT PREMISES 2**. On November 23, 2021 (while conducting physical surveillance of **SUBJECT PREMISES 2**), I observed **VICTOR OJO** exiting **SUBJECT PREMISES 2**, entering the driver's seat of **SUBJECT VEHICLE 2**, and departing the area. TIGTA Special Agents queried the Maryland license plate number observed on **SUBJECT VEHICLE 2** and learned that it was registered to **VICTOR OJO**.

### C. JAMELIA THOMPSON

47. A review of Maryland MVA records identified **JAMELIA THOMPSON** as the registered owner of **SUBJECT VEHICLE 3** and **SUBJECT VEHICLE 4**. On March 8, 2022, TIGTA Special Agents observed **JAMELIA THOMPSON** entering and driving **SUBJECT VEHICLE 3**. On June 14, 2022, TIGTA Special Agents observed **JAMELIA THOMPSON** picking up packages (contents unknown) from **SUBJECT PREMISES 3** and placing these packages in **SUBJECT VEHICLE 3**. Also on June 14, 2022, TIGTA Special Agents observed **JAMELIA THOMPSON, DAMILOLA OJO**, and an unidentified female walking out of **SUBJECT PREMISES 3's** garage and getting into **SUBJECT VEHICLE 4**.

### D. DAMILOLA OJO

48.     Public record checks identify **SUBJECT PREMISES 3** as **DAMILOLA OJO's** current residence.  Maryland MVA records identify **DAMILOLA OJO** as the registered owner of **SUBJECT VEHICLE 5**.  On June 14, 2022, TIGTA Special Agent observed **DAMILOLA OJO** exiting the garage of **SUBJECT PREMISES 3** and meeting with **JAMELIA THOMPSON**.  Agents also observed **SUBJECT VEHICLE 5** parked in a disabled parking space very close to **SUBJECT PREMISES 3**.

## CONCLUSION

49.     This investigation has identified over $4 million in fraudulent bank transactions associated with the Mod IEIN Bank Fraud conspiracy described in this Affidavit.  Based on the facts set forth herein, there is probable cause to believe that the **TARGETS** have committed violations of 18 U.S.C § 1028A (Aggravated Identity Theft), and 18 U.S.C. § 1349 (Conspiracy to Commit Bank Fraud) and that located on the persons of the **TARGETS**, in the **SUBJECT PREMISES**, and in the **SUBJECT VEHICLES** (as further described in attachments A-1 through A-12) are evidence, fruits, and instrumentalities of the **TARGET OFFENSES**. Accordingly, I respectfully request that criminal complaints be issued charging the **TARGETS** with violations 18 U.S.C § 1028A (Aggravated Identity Theft) and 18 U.S.C. § 1349 (Conspiracy to Commit Bank Fraud).  In addition, I respectfully request that warrants be issued for the arrest of the **TARGETS** and that search warrants be issued authorizing law enforcement officers to search the persons and locations described in the following attachments.

Adam Cowan, Special Agent
Treasury Inspector General for Tax Administration

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this _7_ day of July 2022.



Honorable J. Mark Coulson
United States Magistrate Judge