IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       *

    vs.                                   Case No.   22-mj-02048-JMC-1
                                  *

Victor Ojo                   *

                            ******

**ORDER OF TEMPORARY DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT**

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __7/15/2022__ *(date)* at __11:30 am__ *(time)* before

<u>The Honorable Judge Copperthite</u>, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom __7B__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (__Defendant to be held at CDF__) (Other Custodial Official) and produced for the hearing.

July 13, 2022
Date

A. David Copperthite
United States Magistrate Judge