IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,         *

                                                                     *

v.                                                                Case No. 1:22-mj-2048-JMCJ1

                                                             *

Victor Ojo
Defendant.         *

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the defendant, __Victor Ojo__.

I certify that: [check and complete one that applies]

☒   I am admitted to practice in this Court.

☐   I am a member in good standing of the bar of the highest state court of

_____

and familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

8/15/22
Date

[Signature]
Signature

DAVID BENOWITZ  BAR # 17672
Printed name and bar number

409 7th Street NW Ste. 200
Washington, DC 20004
Address

david@prrebenowitz.com
Email address

(202) 271-5249
Telephone number

(202) 664-1331
Fax number

Please select your designation:

☐ CJA  ☒ Retained  ☐ Public Defender  ☐ Pro Bono

**NOTE:** Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**